UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

HEATHER WEBER,
on behalf of herself and
all others similarly situated,

        Plaintiff,

    v.

TEXAS ROADHOUSE MANAGEMENT CORP.

        Defendant

Case No. 20-cv-1317

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter

may be dismissed without prejudice and without costs to either party.

Dated:  October 15, 2020       By:_ *s/ Scott S. Luzi*_____
                       Scott S. Luzi, SBN 1067405
                       Walcheske & Luzi, LLC
                       235 N. Executive Drive, Suite 240
                       Brookfield, Wisconsin 53005
                       Telephone: (262) 780-1953
                       Email:  sluzi@walcheskeluzi.com

                       *Attorneys for Plaintiff*

Dated:  October 15, 2020       By:_ *s/ Jennifer L. Ciralsky*_____
                       Jennifer L. Ciralsky, SBN 1068092
                       Littler Mendelson, P.C.
                       111 East Kilbourn Avenue, Suite 1000
                       Milwaukee, Wisconsin 53202
                       Telephone: (414) 291-5539
                       Email: jciralsky@littler.com

                       *Attorneys for Defendant*